**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

In re: INA Manufacturing Corp.,
d/b/a Deep Draw Manufacturing Co., Bky. No. 99-30128-DDO

Debtor.

---

John R. Stoebner,

Plaintiff, Adv. No. 01-3010-DDO

v.

Ruth D. Kahn, et al.,

Defendants.

---

Richard J. Hettler,

Appellant, Civil No. 01-1616 (RHK)

v.

John R. Stoebner,

Appellee.

---

Before the Court is Richard J. Hettler's motion to recuse the undersigned pursuant to 28 U.S.C. § 455(b). Section 455(b) provides that a judge

> . . . shall also disqualify himself in the following circumstances:
>
> (1) Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;
>
> (2) Where in private practice he served as lawyer in the matter in controversy, or a lawyer with whom he previously practiced law served during such association as a lawyer concerning the matter, or the judge or such lawyer has been a material witness concerning it;



FILED NOV 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

(3) Where he has served in governmental employment and in such capacity participated as counsel, adviser or material witness concerning the proceeding or expressed an opinion concerning the merits of the particular case in controversy;

(4) He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding;

(5) He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person:

(i) Is a party to the proceeding, or an officer, director, or trustee of a party;

(ii) Is acting as a lawyer in the proceeding;

(iii) Is known by the judge to have an interest that could be substantially affected by the outcome of the proceeding;

(iv) Is to the judge's knowledge likely to be a material witness in the proceeding.

28 U.S.C. § 455(b). Having considered the arguments set forth in Hettler's motion, the Court will deny that motion. The undersigned will, however, sua sponte recuse from the above-captioned matter pursuant to 28 U.S.C. § 455(a).

Based on the foregoing, **IT IS ORDERED** that Hettler's Motion to Recuse Judge Richard Kyle Pursuant to 28 U.S.C. § 455(b) (Doc. No. 3) is **DENIED**. The undersigned hereby recuses himself sua sponte pursuant to 28 U.S.C. § 455(a).

Date: November 20, 2001

RICHARD H. KYLE
United States District Judge

Hettler

vs. 01cv1616ADM

Stoebner

Pursuant to an Order of Recusal by Judge Richard H. Kyle, the above-entitled matter has been re-assigned to Judge Ann D. Montgomery. Please note the change in the judge's initial above and refer to those initials when submitting documents to the court.